# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| ANGEL GABRIEL FLAMENCO POSADA<br><br>Petitioner,<br>v.<br><br>WARDEN    NORTHWEST    ICE<br><br>PROCESSING CENTER, et al.<br><br>Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number 2:26-cv-01659-TMC |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Petition for writ of habeas corpus is DENIED.

Dated July 21, 2026.

Joshua C. Lewis
Clerk of Court


*/s/Michael Williams*
Deputy Clerk